Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Ezequiel Vargas-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 08-CR-888 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | CERTIFICATE OF SERVICE |
| ) | | |
| ) | | |
| EZEQUIEL VARGAS-CRUZ, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |

    Joseph Milchen certifies as follows:

    On April 9, 2008 I electronically served the Motion for Discovery Order with an attachment, on Assistant U.S. Stephen F. Miller.

                                                    s/Joseph Milchen_____
                                                    Joseph Milchen
                                                    Attorney for Defendant
                                                    Ezequiel Vargas-Cruz